interest in remaining free from administrative segregation because such segregation does not impose an "atypical and significant hardship on the inmate in relation to the ordinary incidents of prison life." *Sandin v. Conner,* 515 U.S. 472, 484, 115 S.Ct. 2293, 132 L.Ed.2d 418 (1995); *Montgomery,* 262 F.3d at 644. Accordingly, the district court's denial of Mr. Smith's writ of habeas corpus is affirmed.

AFFIRMED

**Christopher L. HAMILTON,**
**Petitioner–Appellant,**

v.

**UNITED STATES of America,**
**Respondent–Appellee.**

No. 03–3804.

United States Court of Appeals,
Seventh Circuit.

March 17, 2004.

Christopher L. Hamilton, Lompoc, CA, pro se.

Colin S. Bruce, Office of the United States Attorney, Urbana, IL, for Respondent–Appellee.

Before BAUER, EASTERBROOK, and KANNE, Circuit Judges.

The court, on its own motion, VACATES the order of March 15, 2004.